IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

FELIX ANGEL FALCON FIGUEROA
MYRNA JURADO RODRIGUEZ

DEBTORS

CASE NO. 15-04065-MCF

CHAPTER 13

## NOTICE OF FILING OF AMENDED CHAPTER 13 PLAN AND CERTIFICATE OF SERVICE

**TO THE HONORABLE COURT:**

**NOW COME, FELIX ANGEL FALCON FIGUEROA and MYRNA JURADO RODRIGUEZ,** debtor in the above captioned case, through the undersigned attorney, and very respectfully state and pray:

1. The debtors are hereby submitting a proposed amended Plan, dated August 13, 2015, herewith and attached to this motion.

2. This proposed amended Plan is filed to eliminate provision to protect co-debtor, provide for secured creditor Midfirst Bank (Proof of Claim 4-1), and provide for secured creditor Scotiabank of Puerto Rico (Proof of Claim 5-1).

**WHEREFORE** debtor respectfully requests the confirmation of the requested amended Plan, dated August 13, 2015.

**I CERTIFY** that on this same date a copy of this notice was sent via electronically with the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee; and also certify that I have mailed by United States Postal Service copy of this motion to the following non CM/ECF participants: debtors and to all creditors and interested parties appearing in the master address list, hereby attached.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 13th day of August, 2015.

/s/ Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
TEL. NO. (787) 744-7699

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                                                           Case No. __3:15-bk-4065__

__FALCON FIGUEROA, FELIX ANGEL & JURADO RODRIGUEZ, MYRNA__                    Chapter __13__
                                 Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____           ☑ AMENDED PLAN DATED: __8/13/2015__
☐ PRE ☐ POST-CONFIRMATION                                   Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ __200.00__ x __12__ = $ __2,400.00__
$ __575.00__ x __48__ = $ __27,600.00__
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ __30,000.00__

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ __30,000.00__

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ __2,705.00__

Signed: __/s/ FELIX ANGEL FALCON FIGUEROA__
                Debtor

__/s/ MYRNA JURADO RODRIGUEZ__
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ___ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. __Scotiabank De Puert__    Cr. _____    Cr. _____
# __Claim 5-1__         # _____    # _____
$ __728.64__    $ _____    $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____    Cr. _____    Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____    Cr. _____    Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
__Scotiabank De Puert__
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A:  ☐ Co-debtor Claims / ☐ Other: _____
                ☐ Paid 100% / ☐ Other: _____
Cr. _____    Cr. _____    Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
* Debtor(s) consent(s) to the LIFT of STAY in favor of secured creditor Midfirst Bank (POC 4-1). Trustee will not make disbursements to secured creditor Midfirst Bank (POC 4-1).

Attorney for Debtor __R. Figueroa Carrasquillo Law Office__            Phone: __(787) 744-7699__

AMENDED CHAPTER 13 PAYMENT PLAN

```
Label Matrix for local noticing          MIDFIRST BANK                            SCOTIABANK OF PUERTO RICO
0104-3                                   999 N.W. GRAND BLVD.                     MARTINEZ & TORRES LAW OFFICES, P.S.C.
Case 15-04065-MCF13                      OKLAHOMA CITY, OK 73118-6051             PO BOX 192938
District of Puerto Rico                                                           SAN JUAN, PR 00919-3409
Old San Juan
Thu Aug 13 16:44:21 AST 2015

US Bankruptcy Court District of P.R.     American InfoSource LP as agent for      Capital One Bank (USA), N.A.
Jose V Toledo Fed Bldg & US Courthouse   T Mobile/T-Mobile USA Inc                PO Box 71083
300 Recinto Sur Street, Room 109         PO Box 248848                            Charlotte, NC  28272-1083
San Juan, PR 00901-1964                  Oklahoma City, OK  73124-8848


Capital One Bank Usa N                   First Bank De Puerto Rico                First Bank Of Puerto Rico
15000 Capital One Dr                     PO Box 9146                              PO Box 9146
Richmond, VA 23238-1119                  San Juan, PR  00908-0146                 San Juan, PR 00908-0146


MIDFIRST BANK                            MONEY EXPRESS                            Midland Mtg/Midfirst
ATTY JUAN B SOTO                         CONSUMER SERVICE CENTER                  999 Nw Grand Blvd
1353 LUIS VIGOREAUX AVE                  BANKRUPTCY DIVISION (CODE 248)           Oklahoma City, OK 73118-6051
PMB 270                                  PO BOX 9146
GUAYNABO PR 00966-2715                   SAN JUAN PR 00908-0146


Money Express                            Municipio Autonomo De Caguas             SCOTIABANK
PO Box 11890                             PO Box 907                               ATTY PATRICIA VARELA
San Juan, PR  00922-1890                 Caguas, PR 00726-0907                    PO BOX 192938
                                                                                  SAN JUAN PR 00919-3409


Scotiabank De Puerto Rico                Scotiabank Of Puerto Rico                Syncb/Walmart
290 Jesus T Pinero Ave                   Martinez & Torres Law Offices, P.S.C     PO Box 965024
Hato Rey, PR  00919                      PO.BOX 192838                            Orlando, FL 32896-5024
                                         SAN JUAN, PR 00919-2838


Synchrony Bank                           T-mobile                                 TD Bank N.A.
PO Box 960061                            12920 Se 38th Street                     Attn: Bankruptcy Dept.
Orlando, FL  32896-0061                  Bellevue, WA 98006-7305                  ME2-002-035
                                                                                  P.O. Box 9547
                                                                                  Portland, ME 04112-9547


ALEJANDRO OLIVERAS RIVERA                FELIX ANGEL FALCON FIGUEROA              MONSITA LECAROZ ARRIBAS
ALEJANDRO OLIVERAS CHAPTER 13 TRUS       PO BOX 1528                              OFFICE OF THE US TRUSTEE (UST)
PO BOX 9024062                           CIDRA, PR 00739-1528                     OCHOA BUILDING
SAN JUAN, PR 00902-4062                                                           500 TANCA STREET  SUITE 301
                                                                                  SAN JUAN, PR 00901


MYRNA JURADO RODRIGUEZ                   ROBERTO FIGUEROA CARRASQUILLO            End of Label Matrix
PO BOX 1528                              PO BOX 186                               Mailable recipients   25
CIDRA, PR 00739-1528                     CAGUAS, PR 00726-0186                    Bypassed recipients    0
                                                                                  Total                 25
```