IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE | * | BKRTCY. NO. 15-04065 MCF |
| FELIX ANGEL FALCON FIGUEROA<br>MYRNA JURADO RODRIGUEZ | * | CHAPTER 13 |
| | * | |
| DEBTORS | | |

**DEBTORS' MOTION AND NOTICE OF FILING OF POST-CONFIRMATION
MODIFICATION OF CHAPTER 13 PLAN 11 USC §1329**

**TO THE HONORABLE COURT:**

**COME NOW, FELIX ANGEL FALCON FIGUEROA and MYRNA JURADO RODRIGUEZ,** the Debtors in the above captioned case, through the undersigned attorney, and very respectfully state and pray as follows:

1. The Debtors are hereby submitting a post-confirmation modification of Chapter 13 Plan, 11 USC Section 1329, dated November 10, 2017, herewith and attached to this motion.

2. The Debtors are filing the present Plan modification in order to delete the provision for payment in full (100% plus 4.25% interest) to the general secured creditors under the "*Other Provisions*" of the proposed modified Plan, and pursuant to the Chapter 13 Trustee's unfavorable recommendation (Docket No. 43) of Debtors' previous proposed post-confirmation Plan modification (Docket No. 41).

**NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 3015(f)**

**Within twenty-one (21) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

Page -2-
Post Confirmation Modification 11 USC 1329
Case no. 15-04065 MCF13

I CERTIFY, that on this same date a copy of this Notice was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee; to the United States Trustee's Office; and to all CM/ECF participants; I also certify that a copy of this notice was sent via regular mail to the Debtors, Felix Angel Falcon Figueroa and Myrna Jurado Rodriguez, HC 04 Buzon 8009 Aguas Buenas PR 00703; and to all creditors and interested parties (Non CM/ECF participants) appearing in the master address list, hereby attached.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 10th day of November, 2017.

/s/Roberto Figueroa Carrasquillo
USDC #203614
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

United States Bankruptcy Court
District of Puerto Rico

IN RE:                                                                                      Case No. **3:15-bk-4065**

**FALCON FIGUEROA, FELIX ANGEL & JURADO RODRIGUEZ, MYRNA**      Chapter **13**
Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☐ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **11/10/2017**                          ☐ AMENDED PLAN DATED: _____
    ☐ PRE ☑ POST-CONFIRMATION                   Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

| $ | 200.00 | x | 27 | = $ | 5,400.00 |
|---|---|---|---|---|---|
| $ | 0.00 | x | 2 | = $ | 0.00 |
| $ | 200.00 | x | 7 | = $ | 1,400.00 |
| $ | 1,068.00 | x | 24 | = $ | 25,632.00 |
| $ | | x | | = $ | |

TOTAL: $ **32,432.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____

☐ Other:
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **32,432.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,705.00**

Signed: **/s/ FELIX ANGEL FALCON FIGUEROA**
          Debtor

        **/s/ MYRNA JURADO RODRIGUEZ**
          Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR     $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **Scotiabank De PR**    Cr. **Scotiabank de PR**    Cr. _____
# **Claim 5-1**          # **Post-Pet**         # _____
$ **728.64**          $ **2,173.50**         $ _____

2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____    Cr. _____    Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____

3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____    Cr. _____    Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____

4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder: _____

5. ☐ Other: _____

6. ☑ Debtor otherwise maintains regular payments directly to:
**Scotiabank De PR**

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
                  ☐ Paid 100% / ☐ Other: _____
Cr. _____    Cr. _____    Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____

2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
* Debtors consent to the LIFT of STAY in favor of secured creditor Midfirst Bank (POC 4-1). Trustee will not make disbursements to secured creditor Midfirst Bank (POC 4-1).
* Due to the extraordinary expenses incurred by the Debtors due to the passage of hurricane Maria through PR, the Debtors are including three (3) post-petition mortgage loan payments through the Plan (Sept-Nov/2017) the Debtors will commence making direct post-petition payments to Scotiabank PR in December/2017.
* Additional Attorneys fees: $500.00 for the services rendered in connection to Debtors' post-confirmation Plan and related procedures for approval, pursuant to Rule 2016(f)(3).

Attorney for Debtor **RFigueroa Carrasquillo Law Office PSC**        Phone: **(787) 744-7699**

AMENDED CHAPTER 13 PAYMENT PLAN

```
Label Matrix for local noticing          MIDFIRST BANK                             SCOTIABANK DE PUERTO RICO
0104-3                                   999 NW GRAND BLVD                         MARTINEZ & TORRES LAW OOFICES, P.S.C
Case 15-04065-MCF13                      OKLAHOMA CITY, OK 73118-6051              P.O. BOX 192938
District of Puerto Rico                                                            SAN JUAN, PR 00919-3409
Old San Juan
Thu Nov  9 13:48:27 AST 2017

SCOTIABANK OF PUERTO RICO                US Bankruptcy Court District of P.R.      American InfoSource LP as agent for
MARTINEZ & TORRES LAW OFFICES, P.S.C.    Jose V Toledo Fed Bldg & US Courthouse    T Mobile/T-Mobile USA Inc
PO BOX 192938                            300 Recinto Sur Street, Room 109          PO Box 248848
SAN JUAN, PR 00919-3409                  San Juan, PR 00901-1964                   Oklahoma City, OK  73124-8848


Capital One Bank (USA), N.A.             (p)CAPITAL ONE                            First Bank De Puerto Rico
PO Box 71083                             PO BOX 30285                              PO Box 9146
Charlotte, NC  28272-1083                SALT LAKE CITY UT 84130-0285              San Juan, PR  00908-0146


First Bank Of Puerto Rico                MIDFIRST BANK                             MONEY EXPRESS
PO Box 9146                              ATTY JUAN B SOTO                          CONSUMER SERVICE CENTER
San Juan, PR 00908-0146                  1353 LUIS VIGOREAUX AVE                   BANKRUPTCY DIVISION (CODE 248)
                                         PMB 270                                   PO BOX 9146
                                         GUAYNABO PR 00966-2715                    SAN JUAN PR 00908-0146


Midland Mtg/Midfirst                     Money Express                             Municipio Autonomo De Caguas
999 Nw Grand Blvd                        PO Box 11890                              PO Box 907
Oklahoma City, OK 73118-6051             San Juan, PR  00922-1890                  Caguas, PR 00726-0907


(p)PORTFOLIO RECOVERY ASSOCIATES LLC     SCOTIABANK                                Scotiabank De Puerto Rico
PO BOX 41067                             ATTY PATRICIA VARELA                      290 Jesus T Pinero Ave
NORFOLK VA 23541-1067                    PO BOX 192938                             Hato Rey, PR  00919
                                         SAN JUAN PR 00919-3409


Scotiabank Of Puerto Rico                Syncb/Walmart                             Synchrony Bank
Martinez & Torres Law Offices, P.S.C     PO Box 965024                             PO Box 960061
PO.BOX 192838                            Orlando, FL 32896-5024                    Orlando, FL  32896-0061
SAN JUAN, PR 00919-2838


(p)T MOBILE                              TD Bank N.A.                              ALEJANDRO OLIVERAS RIVERA
C O AMERICAN INFOSOURCE LP               Attn: Bankruptcy Dept.                    ALEJANDRO OLIVERAS CHAPTER 13 TRUS
4515 N SANTA FE AVE                      ME2-002-035                               PO BOX 9024062
OKLAHOMA CITY OK 73118-7901              P.O. Box 9547                             SAN JUAN, PR 00902-4062
                                         Portland, ME 04112-9547


FELIX ANGEL FALCON FIGUEROA              MONSITA LECAROZ ARRIBAS                   MYRNA JURADO RODRIGUEZ
HC 04 BUZON 8009                         OFFICE OF THE US TRUSTEE (UST)            HC 04 BUZON 8009
AGUAS BUENAS, PR 00703-8802              OCHOA BUILDING                            AGUAS BUENAS, PR 00703-8802
                                         500 TANCA STREET  SUITE 301
                                         SAN JUAN, PR 00901


ROBERTO FIGUEROA CARRASQUILLO
PO BOX 186
CAGUAS, PR 00726-0186
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Capital One Bank Usa N<br>15000 Capital One Dr<br>Richmond, VA  23238 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | T-mobile<br>12920 Se 38th Street<br>Bellevue, WA  98006 |

End of Label Matrix
Mailable recipients    27
Bypassed recipients     0
Total                  27